FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENT D. R.,<br><br>                Plaintiff,<br><br>  -vs-<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                Defendant. | No.   1:22-CV-3120-WFN<br><br>ORDER GRANTING STIPULATED REMAND |

    Pending before the Court is the parties' Stipulated Motion for Remand. ECF No. 10. The Court has reviewed the file and Motion and is fully informed. Accordingly,

    **IT IS ORDERED** that:

    1.  The parties' Stipulated Motion for Remand, filed February 22, 2023, **ECF No. 10**, is **GRANTED**.

    2.  Based on the parties' stipulation, the above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council shall instruct the administrative law judge to:

        (a)  Reevaluate the evidence, particularly the opinions from Matthew Comrie, Psy.D., and Sharon Underwood, Ph.D.;

        (b)  Reevaluate Plaintiff's allegations, residual functional capacity, and the step-five findings, as necessary;

        (c)  Take any action necessary to complete the administrative record;

        (d)  Offer the claimant an opportunity for a hearing; and

        (e)  Issue a new decision.

    3.  All other pending motions are **DENIED AS MOOT**.

4. Judgment shall be entered for **Plaintiff**.

5. Upon proper request, Plaintiff will be entitled to costs under 28 U.S.C. § 2412(a) and reasonable attorney fees and expenses under 28 U.S.C. § 2412(d).

The District Court Executive is directed to file this Order, enter judgment in favor of the Plaintiff, provide copies of this Order and the Judgment to counsel and **CLOSE THIS FILE**.

**DATED** this 27th day of February, 2023.

02-23-23

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED REMAND - 2